**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 22, 2025**



In The

# Fifteenth Court of Appeals

---

## NO. 15-25-00053-CV

---

**ROYAL BENGAL CONSTRUCTION, INC., Appellant**

**V.**

**UNITED RENTALS, INC., Appellee**

**On Appeal from the 191st District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-24-02808**

## MEMORANDUM OPINION

This is a restricted appeal from a judgment signed September 10, 2024. On June 30, 2025, appellant filed an unopposed motion to dismiss the appeal.[1] The

---

[1] *See* TEX. R. APP. P. 42.1(a)(1).

motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.